cv6-407.Latham 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00407-CV

Lloyd Latham; The Carriage Apartments, Inc.; and L.P.P.L. of Texas, Inc., Appellants

v.

Community Housing Joint Venture V, L.P.; Community Housing Joint Venture VI,

L.P.; and Township Development Corporation, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 95-12428, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Joint Motion

Filed: December 5, 1996

Do Not Publish